# Morgan Lewis

MEMO ENDORSED

**Michael J. Puma**
Partner
+1.215.963.5305
michael.puma@morganlewis.com

March 6, 2020

*VIA ECF*

Hon. Kenneth M. Karas, U.S.D.J.
United States District Court for the Southern District of New York
300 Quarropas Street, Chambers 533
White Plains, NY 10601-4150

Re: *Burke, et al. v. Bimbo Bakeries USA, Inc., et al.*, S.D.N.Y., Case No. 7:19-CV-11101 (KMK)

Dear Judge Karas:

I am writing on behalf of Defendants Bimbo Foods Bakeries Distribution, LLC ("BFBD") and Bimbo Bakeries USA, Inc. ("BBUSA") (collectively, "Defendants") in the above-referenced case. Pursuant to Rule I(C) of Your Honor's Individual Rules of Practice, Defendants respectfully request an adjournment of the upcoming premotion conference regarding Defendants' anticipated Motion to Dismiss. I am lead trial counsel for Defendants, and, as such, I am required by Rule III(A) of Your Honor's Individual Rules of Practice to appear at the conference on behalf of Defendants. Unfortunately, due to circumstances outside my control, I am no longer available to attend the conference. In support of their request, Defendants state as follows:

1. The current date of the premotion conference is March 9, 2020.

2. Defendants have not yet requested any adjournments or extensions with respect to the conference.

3. Plaintiffs consent to the adjournment sought by Defendants.

Based on the foregoing, Defendants respectfully request an adjournment of the March 9, 2020 premotion conference. We greatly appreciate the Court's attention to this request.

Denied.

SO ORDERED

KENNETH M. KARAS U.S.D.J.
3/6/2020

**Morgan, Lewis & Bockius LLP**

1701 Market Street
Philadelphia, PA 19103-2921
United States
T +1.215.963.5000
F +1.215.963.5001

Hon. Kenneth M. Karas, U.S.D.J.
March 6, 2020
Page 2

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Michael J. Puma*
   Michael J. Puma
   1701 Market Street
   Philadelphia, PA 19103

   *Counsel for Defendants*