UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
ERIC BURKE, et al.,

                        Plaintiffs,

v.                                                  ORDER

BIMBO BAKERIES USA, INC., et al.,         7:19-CV-11101 (PMH)

                        Defendants.
----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      This case was recently reassigned to me. The Court directs that the parties submit a joint report, by May 29, 2020, regarding the status of this case. A similar Order will be docketed in *Burke v. Bimbo Bakeries USA, Inc.*, No. 1:20-cv-03742. The status report should (1) provide the Court an update on the case, (2) address the stay currently in place in *Puello v. Bimbo Foods Bakeries Distribution, LLC*, No. 7:17-cv-04481 during the pendency of Plaintiffs' appeal of Judge Roman's Order granting the Defendants' motion for summary judgment in *Franze v. Bimbo Foods Bakeries Distribution, Inc.*, No. 7:17-cv-03556, and (3) state the parties' position(s) on consolidation pursuant to Fed. R. Civ. P. 42.

                                                **SO ORDERED.**

Dated:  New York, New York
          May 19, 2020

                                                _____
                                                Philip M. Halpern
                                                United States District Judge