# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIC BURKE, CRAIG BARKER, RICK CALTON, ARTHUR SALISBURY, WILLIAM CORY TANNER, BRIAN TANNER, and TONY WEAVER, on behalf of themselves and all others similar situated,<br><br>Plaintiffs,<br><br>v.<br><br>BIMBO BAKERIES USA, INC. and, BIMBO FOODS BAKERIES DISTRIBUTION, LLC,<br><br>Defendants. | Civil Action No. 7:19-cv-11101 (PMH)<br><br>*ELECTRONICALLY FILED* |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to the Court's Order dated October 16, 2020, see Dkt. 39, which was later extended by Order dated November 17, 2020, see Dkt. 41, the Parties hereby file this stipulation of dismissal with prejudice of all of Plaintiffs' claims asserted in this Action, with no award of costs, interest, or attorney's fees, and the Parties waiving all rights of appeal.

[signatures on following page]

Dated: November 30, 2020

_____  _____

**LICHTEN & LISS-RIORDAN, P.C.**  **MORGAN, LEWIS & BOCKIUS LLP**
Harold Lichten*  Michael J. Puma
Matthew Thomson*  1701 Market St.
Zachary Rubin  Philadelphia, PA 19103-2921
Shannon Liss-Riordan  michael.puma@morganlewis.com
729 Boylston St., Suite 2000
Boston, MA 02116  *Attorneys for Defendants*
hlichten@llrlaw.com
mthomson@llrlaw.com

Samuel A. Alba
Friedman & Ranzenhofer, P.C.
74 Main Street
Akron, NY 14001
716-631-9999
sam@legalsurvivalcom

*Attorneys for Plaintiffs*

---

The Clerk is instructed to terminate this action.

SO ORDERED.

_____
Philip M. Halpern, U.S.D.J.

Dated: New York, NY
       December 1, 2020

---

2